CHARLIE SCOTT v. THE STATE.

No. 3857.   Decided December 22, 1915.

**Local Option—County Court—Statement of Facts—Bills of Exception.**

Where the purported statement of facts and bills of exception were all filed after the adjournment of the County Court at which the trial occurred, and there is no order authorizing this to be done, they will be stricken from the record, and in the absence of their filing the case must be affirmed.

Appeal from the County Court of Newton. Tried below before the Hon. W. E. Gray.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty days confinement in the county jail.

The opinion states the case.

*J. B. Forse,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted for violating the liquor prohibition law which was in force in said county.

His penalty was assessed the lowest prescribed by law for the misdemeanor offense.

The purported statement of facts and bills of exception were all filed after the adjournment of the court at which the trial occurred, and there is no order authorizing this to be done. Under the statute and the many and uniform decisions of this court, the Assistant Attorney General's motion to strike out and not consider any of them must be, and is, sustained. In the absence of these, no question is raised, which can be reviewed on this appeal.

The judgment is, therefore, affirmed. .

*Affirmed.*